UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW M. RAUB,

    Plaintiff,

v.                                                           CASE NO: 8:06-cv-1463-T-26TGW

GARRARD CARPENTRY, INC.,

    Defendant.
_____/

**O R D E R**

The Court has for its consideration Plaintiff's Motion for Summary Judgment, Statement of Undisputed Facts, and Affidavit,[1] and Defendant's Response, Objections to Statement of Undisputed Facts, and Motion to Strike Affidavit.[2] After careful review of the parties' submissions and arguments, the Court is of the opinion that Plaintiff has failed to demonstrate that he is entitled to judgment as a matter of law with regard to the critical issue of whether Defendant properly classified Plaintiff as exempt from the overtime requirements of the Fair Labor Standards Act because he was employed in a bona fide executive capacity with Defendant during the relevant time period. In light of

---

[1] See dockets 20, 21, and 22.

[2] See dockets 25, 26, and 27.

the deposition testimony of Louis Garrard with respect to the job duties of Plaintiff,[3] this substantive issue is for the jury to resolve and not the Court.  As a consequence, the Court need not reach the remaining issues advanced in support of summary judgment, and Defendant's motion to strike is moot.

Accordingly, it is ordered and adjudged that Plaintiff's Motion for Summary Judgment (Dkt. 20) is denied on the merits and Plaintiff's Motion to Strike Affidavit (Dkt. 27) is denied as moot.

**DONE AND ORDERED** at Tampa, Florida, on November 27, 2007.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record

---

[3] <u>See</u> docket 20-3, pages 49-54.